UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SANDRA LEE LANE,

                Plaintiff,

v.

WASHINGTON DEPARTMENT OF CORRECTIONS, *et al*.,

                Defendants.

Case No. C20-5546 RJB

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, anmaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Deborah Wofford and Washington Department of Corrections are dismissed without prejudice from this action.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 28th day of December, 2020.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

ORDER - 1