UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SANDRA LEE LANE,<br><br>                Plaintiff,<br>   v.<br><br>WASHINGTON DEPARTMENT OF CORRECTIONS, et. al.,<br><br>                Defendants. | CASE NO. 20-cv-5546 RJB-MLP<br><br>ORDER ON REPORT AND RECOMMENDATION |

      This matter comes before the Court on the Report and Recommendation of U.S. Magistrate Judge Michelle L. Peterson.  Dkt. 43.  The Court has considered the Report and Recommendation (Dkt. 43), the Plaintiff's Objections (Dkt. 44), and the remaining record, and is fully advised.

      On June 8, 2020, the Plaintiff, a *pro se* prisoner, filed this case, asserting that her constitutional rights were violated as a result of inadequate medical she received at the Washington Corrections Center for Women.  Dkt. 12.  Her application to proceed *informa pauperis* was granted on September 30, 2020.  Dkt. 11.  On October 19, 2021, the Report and

Recommendation was filed. Dkt. 43. It recommends that the Defendants' Motion for Summary Judgment (Dkt. 34) be granted and the case dismissed with prejudice. Dkt. 43. The Plaintiff filed objections, stating that she "object[s] to the Report and Recommendation re Defendants' [34] Motion for Summary Judgment and want[s] an appeal." Dkt. 44.

The Report and Recommendation (Dkt. 43) should be adopted. The Plaintiff's objections do not provide a basis to reject the Report and Recommendation. For the reasons stated in the Report and Recommendation, the Defendants' motion for summary judgment (Dkt. 34) should be granted and the case dismissed with prejudice. Plaintiff should be aware that her statement in her objections that she "want[s] an appeal" does not constitute a notice of appeal. To start an appeal, a separate Notice of Appeal must be timely filed.

It is **ORDERED** that:

- The Report and Recommendation (Dkt. 43) **IS ADOPTED**;
- The Defendants' Motion for Summary Judgment (Dkt. 34) **IS GRANTED**; and
- The case **IS DISMISSED WITH PREJUDICE**.

The Clerk is directed to send uncertified copies of this Order to U.S. Magistrate Peterson, all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 15th day of November, 2021.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge